PER CURIAM. Reversed, and petitioners admitted to bail in the sum of $5,000 each.

---

MILLER v. FRIEDMAN et al. (Supreme Court of Arkansas. May 19, 1913.) Appeal from Pulaski Chancery Court; John E. Martineau, Chancellor.

PER CURIAM. Affirmed by consent.

---

PARKER v. BYRNE. (Supreme Court of Arkansas. Feb. 17, 1913.) Appeal from Monroe Chancery Court; J. W. Elliott, Chancellor.

PER CURIAM. Compromised, and appeal dismissed, on appellant's motion.

---

PRIOLEAU v. THOMPSON. (Supreme Court of Arkansas. June 16, 1913.) Appeal from Pulaski Chancery Court; John E. Martineau, Chancellor.

PER CURIAM. Appeal dismissed, on the ground that the relief sought could not be granted, even if the case should be decided in favor of the appellant. See, also, 168 S. W. 1199.

---

PRIOLEAU v. THOMPSON. (Supreme Court of Arkansas. June 16, 1913.) Appeal from Circuit Court, Pulaski County, Second Division; Guy Fulk, Judge.

PER CURIAM. Appeal dismissed, for reason stated above. See, also, 168 S. W. 1199.

---

SANDERSON v. STATE (two cases). (Supreme Court of Arkansas. April 14, 1913.) Appeals from Circuit Court, Jackson County; R. E. Jeffery, Judge.

PER CURIAM. Appeals dismissed for failure to lodge transcripts in this court within 60 days from the date of the judgments of the lower court.

---

STALNAKER v. PATRICK BUILDERS SUPPLY CO. et al. (Supreme Court of Arkansas. May 26, 1913.) Appeal from Sharp Chancery Court, Northern District; George T. Humphries, Chancellor.

PER CURIAM. Appeal dismissed for noncompliance with rule 9.

---

STATE v. HITCHER. (Supreme Court of Arkansas. May 19, 1913.) Appeal from Circuit Court, Sebastian County, Ft. Smith District; Daniel Hon, Judge.

PER CURIAM. Appeal dismissed on the Attorney General's motion.

---

TONTITOWN TOWNSITE CO. v. WILBURN. (Supreme Court of Arkansas. Feb. 17, 1913.) Appeal from Washington Chancery Court; T. H. Humphreys, Chancellor.

PER CURIAM. Appeal dismissed.

---

YOUNGER v. FALCONER. (Supreme Court of Arkansas. May 19, 1913.) Appeal from Circuit Court, Sebastian County, Ft. Smith District; Daniel Hon, Judge.

PER CURIAM. Reversed and remanded on appellee's confession of error.

---

Ex parte STACY. (No. 3195.) (Court of Criminal Appeals of Texas. June 24, 1914.) Appeal from District Court, Hill County; Horton B. Porter, Judge. Habeas corpus on petition of Lee Stacy. From an order denying bail, and remanding relator to custody, he appeals. Affirmed. C. E. Lane, Asst. Atty. Gen., for the State.

DAVIDSON, J. Appellant resorted to a writ of habeas corpus for the purpose of securing bail under a charge of murder preferred against him. The court, after hearing the testimony, remanded relator to custody without bail. Without going into a discussion of the merits of the case, as presented by the record, we are of the opinion that the judgment should be affirmed; and it is accordingly so ordered.